# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSE NUNEZ,**

    **Petitioner,**

**vs.**                                                                       No. 04-CV-121 DRH

**BRADLEY J. ROBERT,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action came before the Court for a ruling on a Petition for Writ of Habeas Corpus pursuant to **28 U.S.C. § 2254.**

    **IT IS ORDERED AND ADJUDGED** that the Respondent's motion to dismiss is **GRANTED** and this cause of action is **DISMISSED WITH PREJUDICE**.-----------------------------

                                                                                         **NORBERT G. JAWORSKI, CLERK**

January 30, 2006                                           BY:   s/Patricia Brown
                                                                                      Deputy Clerk

APPROVED: /s/ David RHerndon
                     U.S. DISTRICT JUDGE